The Honorable Scott L. Palk                               7/14/21
William J Holloway Jr., United States Courthouse
200 N. W.4th St., Rm 3102
Oklahoma City, OK &3102

IN RE:
United States vs. Cory Lee Jump; CR-20-317-SLP; United
States District Court for the Western District of Oklahoma

Dear Judge Palk:

    My name is Don G. Horton. I am a Deputy of Logan County Oklahoma. Additionally, I provide contract court services through Prudential Defense Solutions, a contractor for the US Marshals Service. I also operate an armed security agency which provides services to banks and a medical facility.

    I met Cory in about 1994. At that time, I was the pastor of a small church in Edmond, Ok. I met Cory when his family moved onto the street where I reside. We became acquainted within a few days of his arrival there. I found him to be intelligent, engaging, and very thoughtful. He was a tireless worker. He impressed me with his consideration of others. He was always eager to help others in practical ways, especially with automotive problems. On more than one occasion, he worked on my wife's old VW bug convertible refusing to let me pay him. Later in our acquaintance, I worked on his home's air conditioning and heating system. I have done a little plumbing for him over the years, also. A friend of mine once needed a job, and Cory provided him with work for several months until he was able to secure employment in his field. I have met people within the "Porsche Community" who have done business with and received services from Cory. He has a very good reputation within that sphere. He is known to be competent, honest, and reliable.

    In summary, I count Cory to be a reliable person and the kind of friend that you could call in a crisis and know that he will respond to the best of his ability. I have never heard a single word from anyone in the community challenging his ethics or integrity.

    Thank you for this opportunity to speak in behalf of someone that I've known for a long time and deeply appreciate.

Sincerely,

Don G. Horton
42 E. 14th St., Edmond, OK 73034
Badge #311  CLEET # 157227
Phone # 405-659-4032

