July 16, 2021

The Honorable Scott L. Palk
William J. Holloway, Jr. United States Courthouse
200 N.W. 4th St., Rm 3102
Oklahoma City, OK 73102

IN RE: United States vs. Cory Lee Jump: CR-20317-SLP; United States
District Court for the Western District of Oklahoma

You're Honor,

My name is Bradley K. Dumas program manager for Chickasaw Nation Industries. I am writing this letter for Cory Jump to represent to other third parties my opinion as to his Character.

Our relationship started while Mr. Jump was dating my sister when I was about 14 years old (Cory was probably 23 or 24)  29 years later Cory has remained a very close friend, mentor, and has played a positive role throughout my life always there for me when I need someone to talk to or help me with something.   Cory is one of those guys where family, friends and his customers always comes first and dropping whatever he is doing to help others. Cory runs a successful business where is customers, employees, and family depend on him working long hours to do what needs to be done and to get the job done.   This year covid has been hard on everyone but Cory was there to help us all get thru it, lift us up and help us out wherever possible.  I know in my heart I can ALWAYS count on Cory to be there for myself and my family.

Sincerely,

*Brad Dumas*

Brad Dumas
1721 Whispering Creek Ct
Edmond, OK 73013

