The Honorable Scott L. Palk  
William J. Holloway, Jr. United States Courthouse  
200 NW 4th St. Rm 3102  
Oklahoma City, OK 73102

July 16, 2021

In RE: United States vs. Cory Lee Jump; CR-20-317-SLP; US District Court for the Western District of OK

Dear Judge Palk:

I recently learned that Cory Lee Jump will be sentenced in your court after cooperating with the Government and pleading guilty in the associated investigation. My intention in writing this letter is to shed some light on Mr. Jump's character, integrity and morale fiber that you might find useful when determining the best way to adjudicate his actions.

It's been my pleasure to know Cory for over five years. Our friendship started with a mutual interest in collectable cars when he offered to help mentor me as I began restoring a dilapidated Porsche 911. I was referred to him by a mutual friend because Cory owns and operates a small service center specializing in Porsches. I was skeptical of my friend's personal testimony about Cory's honesty and integrity because my experience with other service shops is that they are more than happy to charge a premium due to the shortage of knowledgeable mechanics. I was quickly surprised when I met Cory. He was soft-spoken, humble, honest, caring and displayed a genuine interest in my project. His honesty and character were displayed on several occasions when he suggested options for my project that saved me money and cost his business profits. He works on the cars himself and employees a few mechanics who work under his supervision and undoubtedly learn a tremendous amount from him. I am certain they would not be able to continue the work they do without his presence in the shop.

There is one example I would like to share that exemplifies Cory's character. It happened while he was working on my car in his shop. Unbeknownst to me some degreaser from another car accidently spilled on my car. It was fairly minor, but it left small marks on the front fender, rear quarter panel and the driver's door. By the time I would have noticed it, there would have been no way for me to assume it happened in Cory's shop. That didn't matter to Cory. Without hesitation, he called me to explain what had happened. He arranged to take the car to a specialized paint shop and have each part expertly repaired. When I picked the car up, it was better than when I left it with him. I'm a small customer to Cory. He didn't have to go to all that trouble to fix my car. He did it because it was the right thing to do and he couldn't live with himself if he didn't address it. That is a rare quality to find in today's world.

I'm not intimately familiar with Cory's situation. However, having been in Federal Law Enforcement for almost 25 years, I understand the importance of accepting responsibility for a person's actions. I know Cory is keenly aware how serious his actions were, has accepted responsibility for them and will never find himself in this situation again. During this phase of his trial, I hope you will consider the type of person that Cory is on a daily basis, day in and day out. He is a family man with strong values. He's a small business owner with employees who are counting on him to earn a living and he's a person deserving of special consideration. Thank you for your time and consideration.

Very Respectfully,

Sam Macaluso, FBI (ret)