The Honorable Scott L. Palk

William J Holloway Jr., United States Courthouse

200 W. 4th St Rm 3102

Oklahoma City, OK 73102

IN RE:

United States vs Cory Lee Jump CR-20-317-SLP; United States District Court for the Western District of Oklahoma

Dear Judge Palk

My name is Kelly D Wisdom, I am the owner of Independent Advisers Group, we are housed inside of Bancfirst and I provide investment advice to our bank clients and employees. I met Cory in 2017, through a mutual friend, and instantly liked him, this led to me purchasing an old Porsche, as I felt comfortable enough with Cory, to purchase something I knew nothing about. I didn't tell him I was buying this car, I just ran across it after looking for one for a long time and bought it, what struck me as odd was when I got his phone number from my friend and called to basically tell him about it and have it checked out etc..he was very protective of me, and wanted to inspect the car immediately. What I have come to know is he is very loyal to his clientele, and really looks out for their best interest. I have subsequently became a fanatic of the old 80's Porsche and Cory has always treated me fairly and has went above and beyond what anyone would expect from their technician, case in point, not too long ago my daughter had a flat tire and I happened to be on the phone with him regarding some work he was doing on my car and I told him about her dilemma, he immediately asked "where is she"? I told him and he said "I will be there in 20 minutes", he showed up and saved the day for us, loaded her car into his enclosed trailer, took it to Hibdon's and dropped it off, and would not accept a dime from me, that speaks volumes of the kind of guy he is, I have noticed over the years when I am around him, he takes his wife's call no matter where he is, or what he is doing and is very, very good to her, he spends all of his spare time with her at the lake, and travels incessantly to South Dakota to help his mother with his dad who suffers from dementia, he is a true family man. He has raised two college educated self-sufficient children who are now productive adults, I am sure he would tell you that is far and away his greatest accomplishment to date. In closing, Cory has always demonstrated a good attitude towards me and my needs as a client and has went above and beyond to help in any way he can as a friend, I am grateful to have made his acquaintance. I appreciate the opportunity to provide some insight into Cory's friendship and character to me and my family.

Kelly D Wisdom

6200 Waterford Blvd

OKC, OK 73118

