The Honorable Scott L. Palk

William J. Holloway, Jr. United States Courthouse

200 N.W. 4th St., Rm 3102

Oklahoma City, OK 73102

    IN RE:    United States vs. Cory Lee Jump;  CR-20-317-SLP; United States

        District Court for the Western District of Oklahoma

Dear Judge Palk,

My name is Matthew Minard. I own and operate an automotive restoration shop in Choctaw. My business would not be open if it weren't for the many actions and sacrifices that Cory made for me. He bought cars for me to fix and made sure all of his customers sent their cars to me to work on. He would also routinely check in with me to make sure I had enough money to feed my family or make it through the weekend. I know with out a doubt my business would not have survived the first couple of years with out Cory's unsolicited help and sacrifice.

Cory's support in helping my business succeed has significantly impacted my life, but it pales in comparison to the value of his friendship. I have been friends with Cory for almost thirty years now. Cory has always been the best of friends to me. I have always been able to count on him day or night, for any reason. Watching him display his humble and selfless nature to his own customers, friends , and random strangers has taught me a lot  about what it means to be a man. I am friends with many of Cory's friends and customers, and we all share the same admiration for the way in which he conducts himself.



E

Cory always puts the needs of other people ahead of his own in both business and in life.

Thank you for your time in reading about my business mentor, friend, and role model, Cory Jump.

Sincerely,

*Matthew Minard*

Matthew Minard

117 E. Tiller Dr.

Midwest City, OK 73110

405 737 1620