## LARRY & KATHI LOYALL
4613 DEER CREEK COURT
YUKON, OK 73099
405 202-9314

The Honorable Scott L. Palk
William J. Holloway, Jr. United States Courthouse
200 N.W. 4th St., Rm 3102
Oklahoma City, OK 73102

Re: United States vs. Cory Lee Jump; CR-20-317-SLP; United States District Court
for the Western District of Oklahoma

Dear Judge Palk:

We will introduce ourselves; Larry is a retired Hobby Lobby Store Manager and Kathi is a retired Bailiff for Judge Bob W. Hughey, District Court of Canadian County. Cory is married to our daughter, Steffani, and we've known him for more than 15 years. We are proud to call him our son.

We spent a weekend in May with Cory and his parents, Ken and Susan. Cory's father is suffering from dementia. Cory is helping his mother, who lives in South Dakota, as much as possible to deal his father's illness. Susan, Cory's mother, desperately needs his help as she makes decisions as to his father's long term care.

Cory is a hard worker, a small business owner, a great father, a great son, and many other good things. To give you a glimpse of Cory's character, you should know that Cory is resourceful and can fix almost anything. He has helped us on many occasions. Cory also has rescued dogs and has a heart for animals.

Cory's small business, Planet 911, depends on him being there daily. Cory's automotive business was hit hard during COVID, but he is beginning to see a return in customers. This shows that his customers trust his integrity and knowledge when caring for their special vehicles.

Thank you for your time and consideration in allowing us to speak on Cory's behalf.

Sincerely,

*[signatures]*

Larry & Kathi Loyall